# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sidney B. Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| RICKY DONOVAN VAN VLEET | ) | 06-17238-SBB |
| d/b/a First Financial Centre, Inc., | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Address:    4255 Woody Creek Lane | ) | |
|                    Fort Collins, CO  80524 | ) | |
| | ) | |
| Last four digits of SS#: 9158 | ) | |
| | ) | |
| Employer's Tax Identification | ) | |
| No. [if any]: 84-1082950 | ) | |
| _____ | ) | |
| | ) | |
| TOM H. CONNOLLY, Chapter 11 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 08-01724-SBB |
| ERIK FISCHER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on July 13, 2009 (Docket #14) and the relevant objection/response and reply thereto. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: August 10, 2009                BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Court Judge