IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01892-WYD

IN RE: RICKY DONOVAN VAN VLEET  Bankruptcy Case No. 06-17238-SBB
d/b/a FIRST FINANCIAL CENTREE, INC.,
SSN: xxx-xx-9158

    Debtor.  Adv. Proceeding No. 08-01724-SBB

TOM H. CONNOLLY, Chapter 11 Trustee,

    Plaintiff,

v.

ERIK G. FISCHER,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 12), filed August 27, 2010. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and this matter should be **DISMISSED WITH PREJUDICE**. Accordingly, it is

ORDERED that the Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 12), filed August 27, 2010, is **APPROVED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated: August 30, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge